FILED ✓ ___ ENTERED
___ LOGGED ___ RECEIVED

4:03 pm, Sep 06 2023

# UNITED STATES DISTRICT COURT
for the
District of Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| United States of America<br>v.<br><br>DEVIN GRAY<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  1:23-mj-02360-BPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   April 5 and 27, 2023   in the county of   Baltimore City   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1) | Possession of a firearm by a previously convicted person |
| 18 U.S.C. Sec. 922(o) | Possession of a machinegun |
| 21 U.S.C. Sec. 841(a)(1) | Possession with intent to distribute narcotics |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Eugene Theisen*
*Complainant's signature*

Special Agent Eugene Theisen, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   September 6, 2023

*Judge's signature*

City and state:   Baltimore, Maryland   Hon. Beth P. Gesner, U.S. Mag. Judge
*Printed name and title*