✓ ___ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

12:18 pm, Sep 13 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN GRAY,<br><br>　　　　Defendant | Case No. 23-02360-BPG |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America respectfully moves this Court to UNSEAL the complaint and arrest warrant papers in the above-captioned matter. The defendant has been arrested and is scheduled for an initial appearance before the Court today. Therefore, there is no further reason for the papers to be sealed.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:_____
　　Digitally signed by MICHAEL HANLON
　　Date: 2023.09.13 11:19:35 -04'00'

Michael C. Hanlon
Assistant United States Attorney

James Hammond
Special Assistant United States Attorney

36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4895
Michael.hanlon@usdoj.gov