✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
12:18 pm, Sep 13 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN GRAY,<br><br>**Defendant** | Case No. 23-02360-BPG |

## ORDER

Upon motion of the United States of America, this ___13th___ day of September 2023, it is hereby ORDERED that the above-referenced complaint, arrest warrant, and supporting affidavit are UNSEALED.

9/13/23
DATE

_____
Hon. Matthew J. Maddox
United States Magistrate Judge